UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIU CHAU WANG,<br>  a/k/a, Alex Wang, and<br>STELLA SUE WANG CHU,<br>  a/k/a, Sue W. Chu,<br><br>Defendants. | Criminal Complaint No. 07-70041 RS<br><br>[Proposed]<br>ORDER REFLECTING FINDINGS<br>CONTINUING PRELIMINARY HEARING<br>AND EXCLUSION OF TIME UNDER<br>THE SPEEDY TRIAL ACT |

The parties appeared for a scheduled preliminary hearing or arraignment on an indictment on February 15, 2007. The defendants waived time for a preliminary hearing to March 12, 2007. The defendants also agreed to an exclusion of time to March 12, 2007 under the Speedy Trial Act for effective preparation and that said continuance was in the interest of justice. 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(1)(B).

SO ORDERED. 3/12/07

PATRICIA V. TRUMBULL
United States Magistrate Judge