UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Complaint No. 07-70041 RS |
| Plaintiff, | ) | |
| v. | ) | [Proposed] ORDER REFLECTING FINDINGS CONTINUING PRELIMINARY HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| SHIU CHAU WANG, a/k/a, Alex Wang, and STELLA SUE WANG CHU, a/k/a, Sue W. Chu, | ) | |
| Defendants. | ) | |

The parties appeared for a scheduled preliminary hearing or arraignment on an indictment on March 12, 2007. The defendants waived time for a preliminary hearing to 4/5/07, 2007. The defendants also agreed to an exclusion of time to 4/5, 2007 under the Speedy Trial Act for effective preparation and that said continuance was in the interest of justice. 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(1)(B).

SO ORDERED. 3/12/07

PATRICIA V. TRUMBULL
United States Magistrate Judge