*efiled 12/11/07

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant WANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00190 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING DATE; [PROPOSED]** |
| | ) | **ORDER** |
| SHIU CHAU WANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, January 9, 2008, at 9:00 a.m., may be continued to Wednesday, January 30, 2008, at 9:00 a.m.  The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need to review the case. U.S. Probation Officer Waseem Iqbal has been consulted as to the proposed continuance and has no objection.

Dated: December 5, 2007

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: December 6, 2007

_____/s/_____
CARLOS SINGH
Assistant United States Attorney

### **ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from January 9, 2007 to January 30, 2007 at 9:00 a.m.

Dated: December 10, 2007

_____
JEREMY FOGEL
United States District Judge