IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SHIU CHAU WANG,<br><br>　　　　　　Defendant.<br>_____ | No. CR 07-00190 JF<br><br>**ORDER MODIFYING CONDITIONS OF PROBATION**: **RE: INTEREST ON RESTITUTION AND COST OF ELECTRONIC MONITORING** |

Good cause appearing and by stipulation of the parties, it is hereby ORDERED that in the case of <u>United States vs. Shiu Chau Wang</u>, CR 07-00190 JF, all interest on the restitution ordered is waived pursuant to Title 18, United States Code, § 3612(f)(3)(A).

IT IS FURTHER ORDERED that the pass due cost of electronic monitoring in the amount of $1,160.70, is waived *nun pro tunc.* All other terms of the Judgement and the previous order issued on or about May 16, 2008, are to remain the same.

Dated: April 29, 2009

_____
JEREMY FOGEL
United States District Judge

**Order Modifying Conditions of Probation**
No. CR 07-00190 JF　　　　　　1